No. 01–7743. PANDELI *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Cer-

tiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.